UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KAREN PRICE,

    Plaintiff,

v.                                        Case No. 19-cv-615-pp

UNITEDHEALTHCARE INSURANCE COMPANY,
and CENTERS FOR MEDICARE & MEDICAID SERVICES,

    Involuntary Plaintiffs,

v.

MEIJER STORES LIMITED PARTNERSHIP,

    Defendant.

---

## ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF INVOLUNTARY PLAINTIFF (DKT. NO. 12)

---

On June 5, 2019, the parties filed a Stipulation for Voluntary Dismissal of Involuntary Plaintiff Medicare. Dkt. No. 12. The court **APPROVES** the parties' stipulation and **ORDERS** that involuntary plaintiff Centers for Medicare and Medicaid Services is **DISMISSED** without prejudice from this case and shall be removed from all future filings and correspondence.

Dated in Milwaukee, Wisconsin this 6th day of June, 2019.

                                       **BY THE COURT:**

                                       _____
                                       **HON. PAMELA PEPPER**
                                       **United States District Judge**